**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**AKANNI AMBERSLIE,**

                    **Plaintiff,**                                    **Civil Action No.**
                                                                         **9:17-CV-0564 (TJM/DEP)**

**v.**

**PRISONER TRANSPORT SERVICE**
**OF AMERICA, LLC, _et al._,**

                    **Defendants.**
_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**


**DECISION & ORDER**

**I.     INTRODUCTION**

        This _pro se_ action was referred to the Hon. David E. Peebles, Chief United States

Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and

Local Rule 72.3(c).   Magistrate Judge Peebles recommends that defendant's motion to

dismiss [Dkt. No. 23] be granted, and that plaintiff's remaining claims against defendant

Prisoner Transport Service of America, LLC, be dismissed, with leave to replead. Rep. &

Rec. p. 20.   No objections to Magistrate Judge Peebles' Report and Recommendation have

been filed, and the time to do so has expired.   Plaintiff did, however, file a letter indicating

that he intended to replead [Dkt. No. 34], and, on February 1, 2018, filed a document that

appears to be his amended pleading. [Dkt. No. 35].  In response to the February 1, 2018

filing, which was docketed as a "submission in response to Report and Recommendation,"

1

defendant Prisoner Transport Service of America, LLC filed a letter motion [Dkt. No. 37] asking: (1) that the docket designation for the February 1, 2018 filing [Dkt. No. 35] be changed to plaintiff's amended complaint, and (2) that defendant be given until March 6, 2018 to respond to or otherwise move to dismiss the amended complaint.

## II.    DISCUSSION

After examining the record, this Court has determined that the Report and Recommendation is not subject to attack for plain error or manifest injustice.

A review of the February 1, 2018 filing [Dkt. No. 35] indicates that the document is intended to be plaintiff's amended complaint.

## III.    CONCLUSION

Accordingly, the Court **ACCEPTS and ADOPTS** the Report and Recommendation [Dkt. No. 33] for the reasons stated therein.  Defendant's motion to dismiss [Dkt. No. 23] is **GRANTED**, and plaintiff's remaining claims in the Complaint [Dkt. No. 1] against defendant Prisoner Transport Service of America, LLC, are **DISMISSED** with leave to replead.

Further, defendant Prisoner Transport Service of America, LLC's letter motion [Dkt. No. 37] is **GRANTED**.  The Clerk of the Court is respectfully directed to change the docket designation for the February 1, 2018 filing [Dkt. No. 35] to plaintiff's Amended Complaint. Defendant Prisoner Transport Service of America, LLC is given until March 6, 2018 to respond to or otherwise move to dismiss the Amended Complaint.

**IT IS SO ORDERED.**

**Dated:** February 22, 2018

Thomas J. McAvoy
Senior, U.S. District Judge